# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| **SHERMAN-STOLTZ LAW GROUP, PLLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Civil Action No. 5:21-cv-00004 |
| ) | |
| **NEXUS SERVICES, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT

Plaintiff Sherman-Stoltz Law Group, PLLC ("Sherman-Stoltz"), by counsel, hereby moves the Court, pursuant to Federal Rule of Civil Procedure 55(a), to direct the Clerk to enter Defendant Nexus Services, Inc.'s ("Nexus") default, and then, pursuant to Fed. R. Civ. P. 55(b)(2), to enter default judgment against Nexus, and set a schedule in this case to determine damages. The reasons for this Motion are set forth in the memorandum of law being filed with this motion.

Respectfully submitted,

SHERMAN-STOLTZ LAW GROUP, PLLC

By    */s/ Francis H. Casola*

Francis H. Casola, Esq. (VSB No. 29108)
WOODS ROGERS PLC
Wells Fargo Tower, Suite 1800
P. O. Box 14125
Roanoke, VA 24038-4125
Telephone: (540) 983-7600
Facsimile: (540) 983-7711
E-mail: casola@woodsrogers.com
    *Counsel for Plaintiff Sherman-Stoltz Law Group, PLLC*

## **CERTIFICATE OF SERVICE**

This 2nd day of July, 2021, undersigned counsel caused the foregoing pleading to be filed on the Court's CM/ECF system which will deliver notice to all participants, including:

>Christopher M. Okay, Esq. (VSB #35611)
>117 S. Lewis Street, Suite 218
>Staunton, Virginia  24401
>*Counsel for Defendant*

.

>*/s/ Francis H. Casola*