# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**Sherman-Stoltz Law Group, PLLC**

**vs.**

**Nexus Services, Inc.**

Action No: **5:21CV0004**

Date: 1/12/22

Judge: Joel C. Hoppe, USMJ

Court Reporter: Karen Dotson, AT&T Conference Manager

Deputy Clerk: Karen Dotson

Plaintiff Attorney(s)
Francis Casola

Defendant Attorney(s)
Christopher Okay

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Telephonic Discovery Dispute:

All parties present on phone
Counsel argues discovery dispute
Deposition set for tomorrow at 10:00 am by Zoom
Other deadlines set by the court
Order to follow

Time in court: 2:05-2:48=43 minutes