UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| SHERMAN-STOLTZ LAW GROUP, PLLC, )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>NEXUS SERVICES, INC., )<br>)<br>    **Defendant.** )<br>) | Civil Action No. 5:21-CV-00004 |

## STIPULATION OF DISMISSAL

Plaintiff Sherman-Stoltz Law Group, PLLC and Defendant Nexus Services, Inc., by counsel, and pursuant to Rule 41(a)(1)A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that this action be dismissed without prejudice with each party to bear its own attorney's fees and costs.

Respectfully submitted,

| SHERMAN-STOLTZ LAW GROUP, PLLC | NEXUS SERVICES, INC. |
|---|---|
| By:   */s/ Francis H. Casola*<br>Francis H. Casola, (VSB #29108)<br>WOODS ROGERS PLC<br>10 South Jefferson Street, Suite 1800<br>P.O. Box 14125<br>Roanoke, Virginia 24038-4125<br>Tel. (540) 983-7600<br>Fax (540) 983-7711<br>casola@woodsrogers.com<br><br>*Counsel for Plaintiff* | By   */s/ Christopher M. Okay*<br>Christopher M. Okay (VSB #35611)<br>Chris Okay, Attorney at Law<br>117 S. Lewis Street, Suite 218<br>Staunton, Virginia 24401<br>Tel.(540)466-3130<br>chrisokay@icloud.com<br><br>*Counsel for Defendant* |