# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

SHERMAN-STOLTZ LAW GROUP, PLLC, )
                                                  ) Case No. 5:21-CV-04
    Plaintiff                        )
v.                                               ) By:  Michael F. Urbanski
                                                  ) Chief United States District Judge
NEXUS SERVICES, INC.,             )
                                                  )
    Defendant.                    )

## ORDER OF DISMISSAL

Plaintiff and Defendant in this case have filed a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. ECF No. 45. Accordingly, the motion is **GRANTED** and this case is hereby **DISMISSED without prejudice** and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered:  January 25, 2022

Michael F. Urbanski
Chief U.S. District Judge
2022.01.25 19:27:23
-05'00'

Michael F. Urbanski
Chief United States District Judge